

**FILED**
2/25/2025
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

**JUDGE JOHNSON**

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | No. **25CR50005** |
| | ) | |
| vs. | ) | Violations: Title 18, United |
| | ) | States Code, Section 2243(b) |
| DANNY L. SPYKER | ) | |

## COUNT ONE

The SPECIAL MARCH 2024 GRAND JURY charges:

1.      At times material to this indictment:

a.      Federal Correctional Institution Thomson ("FCI Thomson") was a federal prison located in Thomson, Illinois.

b.      Defendant DANNY L. SPYKER was a Cook Supervisor at FCI Thomson.

c.      Victim A and Victim B were male inmates at FCI Thomson and were serving federal prison sentences.

2.      On or about December 24, 2023, at FCI Thomson, in the Northern District of Illinois, Western Division,

DANNY L. SPYKER,

defendant herein, did knowingly engage in a sexual act, namely, contact between defendant's mouth and the penis of Victim A, who was at that time in official detention at FCI Thomson and under the custodial, supervisory, and disciplinary authority of defendant;

In violation of Title 18, United State Code, Section 2243(b).

## COUNT TWO

The SPECIAL MARCH 2024 GRAND JURY further charges:

1.    Paragraph 1 of Count One is incorporated here.

2.    On or about December 24, 2023, at FCI Thomson, in the Northern District of Illinois, Western Division,

DANNY L. SPYKER,

defendant herein, did knowingly engage in a sexual act, namely, contact between defendant's penis and the mouth of Victim A, who was at that time in official detention at FCI Thomson and under the custodial, supervisory, and disciplinary authority of defendant;

In violation of Title 18, United State Code, Section 2243(b).

## COUNT THREE

The SPECIAL MARCH 2024 GRAND JURY further charges:

1.   Paragraph 1 of Count One is incorporated here.

2.   On a date between on or about March 11, 2024 and on or about March 31, 2024, at FCI Thomson, in the Northern District of Illinois, Western Division,

DANNY L. SPYKER,

defendant herein, did knowingly engage in a sexual act, namely, contact between defendant's mouth and the penis of Victim A, who was at that time in official detention at FCI Thomson and under the custodial, supervisory, and disciplinary authority of defendant;

In violation of Title 18, United State Code, Section 2243(b).

3

## COUNT FOUR

The SPECIAL MARCH 2024 GRAND JURY further charges:

1.      Paragraph 1 of Count One is incorporated here.

2.      On a date between on or about March 11, 2024 and on or about March 31, 2024, at FCI Thomson, in the Northern District of Illinois, Western Division,

DANNY L. SPYKER,

defendant herein, did knowingly engage in a sexual act, namely, contact between defendant's penis and the mouth of Victim B, who was at that time in official detention at FCI Thomson and under the custodial, supervisory, and disciplinary authority of defendant;

In violation of Title 18, United State Code, Section 2243(b).

A TRUE BILL:

FOREPERSON

ACTING UNITED STATES ATTORNEY

4