# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.5)
### Western Division

UNITED STATES OF AMERICA

                    Plaintiff,

v.                                           Case No.: 3:25−cr−50005

                                           Honorable Sunil R. Harjani

Danny L. Spyker

                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, May 12, 2026:

      MINUTE entry before the Honorable Sunil R. Harjani: Continued Jury trial held on 5/12/2026 and continued to 5/13/2026. Counsel shall arrive and be prepared to start by 8:30 a.m. in Courtroom 5100. Mailed notice (lxs, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.